KRISTINA M. ZINNEN, Bar No. 245346
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  kzinnen@unioncounsel.net
         tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                                Plaintiffs,<br><br>     v.<br><br>CELTIC CONSTRUCTION, INC.,<br><br>                                Defendant. | No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. §1001, ET SEQ., 29 U.S.C. §185)** |

Plaintiffs complain of Defendant, and for cause of action allege:

**JURISDICTION AND INTRADISTRICT ASSIGNMENT**

**I.**

This action arises under and is brought pursuant to Section 502 of the Employee Retirement Income Security Act, as amended (ERISA) (29 U.S.C. §1132), and section 301 of the Labor Management Relations Act (LMRA) (29 U.S.C. § 185). Venue properly lies in this district

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

court because contributions are due and payable in the County of San Francisco. Therefore, intradistrict venue is proper.

## PARTIES

### II.

Plaintiffs, the Board of Trustees, are Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California; Cement Masons Pension Trust Fund for Northern California; Cement Masons Vacation-Holiday Trust Fund for Northern California; and the Cement Masons Apprenticeship and Training Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"). The above-named Trust Funds are employee benefit plans created by written Trust Agreements subject to and pursuant to section 302 of the LMRA (29 U.S.C. § 186), and multiemployer employee benefit plans within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132). The Board of Trustees administers the Trust Funds and may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements.

### III.

At all times material herein, Defendant Celtic Construction, Inc. (hereinafter referred to as "Defendant"), has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

Defendant is signatory and bound to a written collective bargaining agreement with the District Council of Plasterers and Cement Masons of Northern California ("Union"), a labor organization within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

### V.

The Collective Bargaining Agreement by its terms incorporates the various Trust Agreements establishing each of the Trust Funds. Defendant promised that Defendant would contribute and pay to the Trust Funds the hourly amounts required by the Master Agreement for each hour paid for or worked by any of Defendant's employees who performed any work covered

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

by the Master Agreement, and that Defendant would be subject to and bound by all of the terms, provisions, and conditions of the Trust Agreements.

VI.

The Master Agreement and Trust Agreements ("Agreements") provide for prompt payments of all employer contributions to the Trust Funds and provide for liquidated damages, not as a penalty but as a reasonable attempt to provide for payments to cover the damages incurred by the Trust Funds in the event of a breach by the employer where it would have been impracticable or extremely difficult to ascertain the losses to the Trust Funds. The Agreements also provide for the payment of interest on all delinquent contributions, attorneys' fees, other collection costs, and for the audit of signatory employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe benefit contributions have been timely paid as required by the Agreements and law.

**FIRST CLAIM FOR RELIEF**
**(BREACH OF CONTRACT)**
VII.

Plaintiffs incorporate and reallege by reference all the allegations stated above.

VIII.

Defendant has failed, neglected, or refused to make timely fringe benefit contributions as required by the Agreements. There is now due to Plaintiffs fringe benefit contributions of at least $67,662.10 for the periods September 2017 to June 2019 and December 2018 to April 2019 based upon covered work performed Defendant's employees, which was reported to Defendant without payment. There is now due to Plaintiffs liquidated damages and interest in the amount of at least $4,619.78 contributions reported, but not paid during the periods September 2017 to June 2019 and December 2018 to April 2019. There is also now due liquidated damages and interest in the amount of at least $2,184.03 based upon contributions reported, but paid late during the period May 2017 through August 2017.

//

//

//

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

### IX.

Plaintiffs are the intended third-party beneficiaries of the Collective Bargaining Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Collective Bargaining Agreement.

### X.

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

### XI.

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

**SECOND CLAIM FOR RELIEF**
**(ACTUAL DAMAGES FOR BREACH OF CONTRACT)**

### XII.

Plaintiffs incorporate and reallege by reference all the allegations stated above.

### XIII.

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Agreements, and have caused Plaintiffs actual damages in an amount to be proven at trial.

**THIRD CLAIM FOR RELIEF**
**(AUDIT)**

### XIV.

Plaintiffs incorporate and reallege by reference all the allegations stated above.

### XV.

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine the same.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant, Celtic Construction, Inc., as follows:

1. That Defendant be ordered to pay fringe benefit contributions of at least $67,662.10;

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.

2. That Defendant be ordered to pay liquidated damages and interest in the amount of at least $4,619.78 contributions reported, but not paid during the periods September 2017 to June 2019 and December 2018 to April 2019;

3. That Defendant be ordered to pay liquidated damages and interest in the amount of at least $2,184.03 based upon contributions reported, but paid late during the period May 2017 through August 2017;

4. That Defendant be ordered to pay actual damages according to proof;

5. That Defendant be compelled to submit to a an audit by Plaintiffs;

6. That this Court issue an Order permanently enjoining Defendant for so long as Defendant remains obligated to contribute to the Trust Funds, from failing to timely submit required monthly contributions reports and payments as required by the terms of the Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

7. That Defendant be ordered to pay attorneys' fees;

8. That Defendant be ordered to pay costs of suit herein; and

9. That the Court grant such further relief as this Court deems just and proper.

Dated:  March 4, 2020                    WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          */s/ Tracy L. Mainguy*
                                     By:  TRACY L. MAINGUY
                                          Attorneys for Plaintiffs

147945\1073208

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5
COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT
Case No.